IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 35 STATE STREET HOTEL PARTNERS, LLC (d/b/a Hotel Californian) <br><br> Plaintiff, <br><br> v. <br><br> ISABEL GUZMAN, ADMINISTRATOR OF THE UNITED STATES SMALL BUSINESS ADMINISTRATION, in her official capacity, and UNITED STATES SMALL BUSINESS ADMINISTRATION <br><br> Defendants. | Case No. 1:24-cv-00747-JDB |

## REDACTED LOCAL CIVIL RULE 7(n) JOINT APPENDIX

Plaintiff 35 State Street Hotel Partners, LLC (d/b/a Hotel Californian), by and through undersigned counsel, pursuant to Local Civil Rule 7(n) and this Court's Minute Order dated October 17, 2024, submits this redacted version of the Joint Appendix in this Administrative Procedure Act case, and states as follows:

1. Pursuant to Local Civil Rule 7(n)(1), this Joint Appendix contains only those portions of the Administrative Record "that are cited or otherwise relied upon" by the parties in their briefing on Hotel Californian's motion for summary judgment (Dkt. 17) and Defendants' cross-motion for summary judgment (Dkt. 19).

2. The full Administrative Record is lengthy (at nearly 4,500 pages) and contains duplicates of certain documents. In their briefs, the parties inadvertently cited more than one copy of some of those duplicates. For example, the document at SBA_000165-66 is a duplicate of the

1

document at SBA_000095-96, but both copies are cited in the briefs. *See*, *e.g.*, Dkt. 17, at 13 (citing SBA_000095); Dkt. 20, at 29 (citing SBA_000165). The table of contents for the Joint Appendix, provided below, identifies the documents that are duplicates.

    3.    The table of contents for the Joint Appendix is as follows:

| Record Citation | Document Description |
|---|---|
| SBA_000001 – SBA_000002 | SBA Second Draw Loan Review Decision for Hotel Californian (Aug. 25, 2022) |
| SBA_000003 – SBA_000013 | Hotel Californian Appeal of SBA Second Draw Loan Review Decision (Sept. 26, 2022) |
| SBA_000019 – SBA_000024 | Hotel Californian Second Draw Borrower Application Form |
| SBA_000026 – SBA_000028 | Hotel Californian First Draw Loan Forgiveness Application Form |
| SBA_000030 – SBA_000032 | Hotel Californian Second Draw Loan Forgiveness Application Form |
| SBA_000034 – SBA_000039 | Pine & Powell Second Draw Borrower Application Form |
| SBA_000040 – SBA_000045 | Huntington Second Draw Borrower Application Form |
| SBA_000046 – SBA_000051 | Newport Second Draw Borrower Application Form |
| SBA_000063 – SBA_000067 | SBA Request for Production of Documents and Information (Aug. 3, 2022) |
| SBA_000074 – SBA_000080 | SBA Motion to Dismiss Appeal (Nov. 21, 2022) |
| SBA_000082 – SBA_000092 | Hotel Californian Appeal of SBA Second Draw Loan Review Decision (Apr. 27, 2023) |
| SBA_000095 – SBA_000096 | SBA Second Draw Loan Review Decision for Hotel Californian (Mar. 28, 2023) |
| SBA_000098 – SBA_000103  **Duplicate of SBA_000019 – SBA_000024** | Hotel Californian Second Draw Borrower Application Form |

| | |
|---|---|
| SBA_000113 – SBA_000118<br><br>**Duplicate of**<br>**SBA_000034 – SBA_000039** | Pine & Powell Second Draw Borrower Application Form |
| SBA_000119 – SBA_000124<br><br>**Duplicate of**<br>**SBA_000046 – SBA_000051** | Newport Second Draw Borrower Application Form |
| SBA_000125 – SBA_000130<br><br>**Duplicate of**<br>**SBA_000040 – SBA_000045** | Huntington Second Draw Borrower Application Form |
| SBA_000132 – SBA_000134 | Pine & Powell Second Draw<br>Loan Forgiveness Application Form |
| SBA_000135 – SBA_000137 | Newport Second Draw Loan Forgiveness Application Form |
| SBA_000138 – SBA_000140 | Huntington Second Draw<br>Loan Forgiveness Application Form |
| SBA_000153 – SBA_000155 | SBA Request for Production of Documents and Information (Jan. 10, 2023) |
| SBA_000157 | Notification of Second Draw Loan Forgiveness for Newport |
| SBA_000159 – SBA_000160 | SBA Second Draw Loan Review Decision for Newport (Aug. 25, 2022) |
| SBA_000162 | Notification of Second Draw Loan Forgiveness for Pine & Powell |
| SBA_000164 | SBA Office of Hearings and Appeals Order Dismissing Appeal (Mar. 27, 2023) |
| SBA_000165 – SBA_000166<br><br>**Duplicate of**<br>**SBA_000095 – SBA_000096** | SBA Second Draw Loan Review Decision for Hotel Californian (Mar. 28, 2023) |
| SBA_000266 – SBA_000287 | SBA Internal Review |
| SBA_000292 – SBA_000295 | Promissory Note for Hotel Californian's Second Draw Loan |

| | |
|---|---|
| SBA_003914 – SBA_003915 | East West Bank SBA Paycheck Protection Program – Loan Worksheet v1.2 |
| SBA_004381 – SBA_004390 | SBA Office of Hearings and Appeals Decision (Aug. 18, 2023) |
| SBA_004391 – SBA_004403 | Hotel Californian Petition for Reconsideration (Aug. 28, 2023) |
| SBA_004415 – SBA_004420 | SBA Office of Hearings and Appeals Decision on Petition for Reconsideration (Sept. 20, 2023) |
| SBA_004432 – SBA_004435 | Hotel Californian Letter to the SBA Administrator (Oct. 13, 2023) |
| SBA_004449 – SBA_004461<br><br>**Duplicate of SBA_004391 – SBA_004403** | Hotel Californian Petition for Reconsideration (Aug. 28, 2023) |
| SBA_004487 | SBA Administrator Response to Letter from Hotel Californian (Oct. 23, 2023) |

Dated:  October 18, 2024                     Respectfully submitted,

*/s/ Robert A. Batista*
Robert A. Batista (D.C. Bar No. 1618522)
Douglas Colby (D.C. Bar No. 1735932)
Christian Dibblee (D.C. Bar No. 90002557)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036-4504
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
rbatista@gibsondunn.com
dcolby@gibsondunn.com
cdibblee@gibsondunn.com

*Attorneys for 35 State Street Hotel Partners, LLC (d/b/a Hotel Californian)*