UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **35 STATE STREET HOTEL PARTNERS, LLC (d/b/a Hotel Californian),**<br><br>**Plaintiff,**<br><br>v.<br><br>**KELLY LOEFFLER, Administrator of the United States Small Business Administration, et al.,**<br><br>**Defendants.** | Civil Action No. 24-747 (JDB) |

## ORDER

Upon consideration of [17] plaintiff's motion for summary judgment and [19] defendant's cross motion for summary judgment, and the entire record herein, for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

- **ORDERED** that [17] plaintiff's motion for summary judgment is **GRANTED**; it is further

- **ORDERED** that [19] defendant's cross motion for summary judgment is **DENIED**; and it is further

- **ORDERED** that the denial of plaintiff's loan-forgiveness application is vacated, and the case is remanded to the Small Business Administration for further consideration consistent with this opinion.

/s/
JOHN D. BATES
United States District Judge

Dated: March 20, 2025

1